IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STRIDER ROGNIRHAR, | ) | 8:08CV89 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| KURT KINLUND, In His Individual And Official Capacity As Employee Of The Nebraska Department Of Correctional Services, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. The court has examined the record in this matter, including the Complaint. (Filing No. 1.) The court finds that this matter and Case No. 4:05CV3130 "involve some or all of the same issues of fact or arise out of the same transaction." NEGenR 1.4(a)(4)(C)(iii).

IT IS THEREFORE ORDERED that:

1. The Clerk of the court is directed to reassign this matter from District Judge Richard G. Kopf to the undersigned, Chief Judge Joseph F. Bataillon.

2. This matter remains assigned to the pro se docket.

June 23, 2008.                    BY THE COURT:

                                  s/ Joseph F. Bataillon
                                  Chief United States District Judge