IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STRIDER ROGNIRHAR, | ) | 8:08CV89 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| KURT KINLUND, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. The Final Pretrial Conference in this matter, scheduled for February 9, 2010, is canceled. A separate progression order resetting the dates for the Final Pretrial Conference, and all associated deadlines, may be entered after the court resolves the pending Motions for Summary Judgment.

IT IS THEREFORE ORDERED that the Clerk of the Court is directed to cancel the Final Pretrial Conference in this matter that is currently scheduled for February 9, 2010. A separate progression order resetting the dates for the Final Pretrial Conference, and all associated deadlines, may be entered after the court resolves the pending Motions for Summary Judgment.

DATED February 2, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge
Supervising Pro Se Judge